In the Matter of ALFRED E. SMITH, JR., et al., Constituting a Committee of the Council of the City of New York, Respondents, against PAUL J. KERN, Individually and as President of the Municipal Civil Service Commission of the City of New York, Appellant.

Argued February 24, 1941; decided March 13, 1941.

*William C. Chanler, Corporation Counsel (Robert H. Schaffer, Oscar L. Tucker* and *Denis B. Sullivan* of counsel), for appellant.

*Emil K. Ellis, Louis Gruss* and *S. David Stutson* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., dissents on the ground that a subcommittee of one is without power to compel a witness against his will to appear for any examination which is not public.